**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Renee Chrustowski

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

Cumberland County Guidance Center, Rowan University, M.

Mannington Mills, J & J Staffing

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
               *(check one)*

RECEIVED

JUN -5 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Renee Chrustowski |
| Street Address | 711 Wood Duck Court |
| City and County | Middletown, New Castle |
| State and Zip Code | DE 19709 |
| Telephone Number | 8568788422 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cumberland County Guidance Center |
| Job or Title (if known) | Case Management |
| Street Address | 2038 Carmen Road |
| City and County | Millville |
| State and Zip Code | NJ 08332 |
| Telephone Number | 8568256810 |
| E-mail Address (if known) | https://ccgcnj.org |

Defendant No. 2

| | |
|---|---|
| Name | Rowan University |
| Job or Title (if known) | |
| Street Address | 201 Mullica Hill Road |
| City and County | Glassboro |

3

State and Zip Code    NJ 08028

Telephone Number    8565392944

E-mail Address
(if known)

Defendant No. 3

Name    Mannington Mills

Job or Title
(if known)

Street Address    75 Mannington Mills Road

City and County    Mannington Township, Salem

State and Zip Code    NJ 08079

Telephone Number    8003566787

E-mail Address
(if known)

Defendant No. 4

Name    J & J Staffing

Job or Title
(if known)

Street Address    510 Heron Drive, Suite 200

City and County    Swedesboro,

State and Zip Code    NJ 08085

Telephone Number    8564679099

E-mail Address
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name    Middletown Post Office

Street Address    298 E. Main St.

City and County    Middletown, New Castle

State and Zip Code    DE, 19709

Telephone Number    8002758777

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:
Harassment discrimination, Victimisation, Direct Discrimination, Indirect Discrimination

☐  Relevant state law *(specify, if known)*:

☐  Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was discriminated against by Carol Roundtree at the Cumberland County Guidance Center, who made up false accusations about me to get me terminated. After I left the guidance center, I had a staph infection from the poor working conditions in the group home.  Then, I was unable to find another job in my area of interest and was only able to find retail work at minimum wage around the Christmas season. I was also discriminated against by other employers, like Rowan University, Mannington Mills, and J & J Staffing, being told that no one would hire me. When I moved to Delaware, I started working at a grocery store, but only made less than minimum wage, was discriminated against, refused a promotion, and insulted by my front-end manager on an everyday basis as well. After that, I started working at the Middletown Post Office, in Delaware, but they are still discriminating against me. For example, I am not getting any hours, they retaliate against me by changing up the rules when it only pertains to them, coworkers don't talk to me and won't answer my questions, they just say "they don't know," they favor black people, called me names & denied it when they were asked about it, the supervisors give other RCA's or Carriers the hours that I was scheduled for.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑  Failure to hire me.

☑  Termination of my employment.

☑  Failure to promote me.

☐  Failure to accommodate my disability.

☑  Unequal terms and conditions of my employment.

☑  Retaliation.

☐  Other acts *(specify)*:  _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

2006 - Current
_____

C.  I believe that defendant(s) *(check one)*:

■  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race  _____

☑  color_____

☑  gender/sex  _____

☑  religion  _____

☑  national origin  _____

☑  age.  My year of birth is 1980_____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

6

E.    The facts of my case are as follows.  Attach additional pages if needed.

I was discriminated against by an employee at the Cumberland County Guidance Center, who

made up false accusations about me to fire me and I was unable to find another job after that.

Then, I was discriminated against by other employees, like Rowan University, Mannington Mills,

and J & J Staffing. I experienced pain & suffering, loss of wages.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/27/2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* 4/27/2023

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

7

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to loss time and wages, ($100,000,000) injury on the job damages, ($100,000,000) vindictive damages, ($100,000,000), pain & suffering, ($100,000,000). I was unable to work or find a job for several years because of the discrimination. I was injured on the job and wasn't compensated the amount I was entitled to. Vindictive damages, because they breached my contract. Furthermore, I am still being harrassed and am in a hostile environment.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-28 , 20 23.

Signature of Plaintiff    Renee A. Christoph

Printed Name of Plaintiff    Renee A. Christowski

8

**B.    For Attorneys**

Date of signing: _____, 20$\underline{23}$.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

RECEIVED

JUN -5 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

9